**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
42643
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Santander Consumer USA Inc.
JM-5630

Order Filed on November 8,
2016 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:
JOSEPH W. HAMPSHIRE
THERESA A. HAMPSHIRE

Case No.: 16-20072 (JNP)

Adv. No.:

Hearing Date:  11-8-2016

Judge: Hon. Jerrold N. Poslusny, Jr.

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: November 8, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:   Joseph and Theresa Hampshire / 42643
Case No:   16-20072 (JNP)
Order Vacating Automatic Stay and Co-Debtor Stay

      Upon consideration of the motion of **Santander Consumer USA Inc.** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

      **ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

      **ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Patricia Hampshire** to permit **Santander Consumer USA Inc.** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

<u>Description of Subject Personal Property</u>
2008 Ford Taurus
Vehicle Identification Number
1FMDK02W78GA41625