## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case No.:    ___16-20072___ |
| Joseph W. Hampshire | : | |
| Theresa A. Hampshire | : | Adv. No.:    _____ |
| | : | |
| | : | Judge:    ___JNP___ |
| Debtor (s), | : | |
| _____ | : | Chapter:    _____13_____ |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable ____Jerrold N. Poslusny Jr._____, United States Bankruptcy Judge.

**Reason for Hearing:**    Objection To Notice of Request for Early_____

Termination of Loss Mitigation re:_____

Bank of America_____

**Location of Hearing:**    Courtroom No. _4-C_

United States Court House_____

4th and Cooper Streets_____

Camden, NJ 08101_____

**Date and Time:**    January 10, 2017 at 10:00 a.m._____,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    __✔__ **ARE REQUIRED**    _____ **ARE NOT REQUIRED**

DATED:    December 27, 2016__      JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on December 27_____, 20 16 the foregoing notice was served on the following:

Debtor(s)

Attorney for Debtor(s)

Attorney for Creditor

Trustee

US Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-20072-JNP
Joseph W. Hampshire                                                       Chapter 13
Theresa A. Hampshire
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Dec 27, 2016
                              Form ID: pdf900       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2016.
db/jdb        +Joseph W. Hampshire,   Theresa A. Hampshire,   19 Bradford Place,   Turnersville, NJ 08012-1038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2016 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA Inc.
           mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Joseph J. Rogers    on behalf of Debtor Joseph W. Hampshire jjresq@comcast.net,
           jjresq1@comcast.net
          Joseph J. Rogers    on behalf of Joint Debtor Theresa A. Hampshire jjresq@comcast.net,
           jjresq1@comcast.net
          Joshua I. Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
                                                                          TOTAL: 7