UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave., Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Movant
Bank of America, N.A.

In Re:

Joseph W. Hampshire & Theresa A. Hampshire,

Debtors.

Case No.: 16-20072-JNP

Adv. No.: _____

Chapter: 13

Hearing Date: 1/10/2017

Judge: Poslusny

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Denise Carlon, Esq.__,
   ☒ am the attorney for: __Bank of America, N.A.__
   ☐ am self-represented
   Phone number: __201-549-2363__
   Email address: __dcarlon@kmllawgroup.com__

2. I request an adjournment of the following hearing:
   Matter: __Application to Terminate Loss Mitigation__
   Current hearing date and time: __1/10/2017__
   New date requested: __1/24/2017__
   Reason for adjournment request: __To allow the parties time to resolve this.__

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below): I have been unable to speak with Ms. Snavely, we are playing phone tag.

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 1/5/2017                                             /s/ Denise Carlon
                                                           Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: 1/24/17 at 10 am        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2