|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |  |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> Denise Carlon, Esquire <br> KML Law Group. P.C. <br> 216 Haddon Avenue. Suite 406 <br> Westmont, NJ 08108 <br> Attorney for Creditor | **Order Filed on January 24, 2017** <br> **by Clerk U.S. Bankruptcy Court** <br> **District of New Jersey** |

In Re:

    Joseph W. Hampshire

    Theresa A. Hampshire

            DEBTORS

Case No:    16-20072 JNP

Judge:    Jerrold N. Poslusny Jr

Chapter:    13

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 24, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Motion for Approval to Participate in the Court's Loss Mitigation concerning the following property and creditor on <u>November 7, 2016</u>, and having granted until N/A:

Property:   <u>61 Hawthorne Drive, Tinton Falls, NJ 07753</u>

Creditor:   <u>Bank of America, N.A.</u>

and a Request for

<u>x</u> Early Termination of the Loss Mitigation Period having been filed by <u>Bank of America, N.A.</u> and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated, effective  <u>December 27, 2016.</u>

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-20072-JNP
Joseph W. Hampshire                                                     Chapter 13
Theresa A. Hampshire
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1           Date Rcvd: Jan 24, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2017.
db/jdb       +Joseph W. Hampshire,   Theresa A. Hampshire,   19 Bradford Place,   Turnersville, NJ 08012-1038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc.
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joseph J. Rogers     on behalf of Debtor Joseph W. Hampshire jjresq@comcast.net,
               jjresq1@comcast.net
              Joseph J. Rogers     on behalf of Joint Debtor Theresa A. Hampshire jjresq@comcast.net,
               jjresq1@comcast.net
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                             TOTAL: 7