UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Denise Carlon, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 405
Westmont, NJ 08108
dcarlon@kmllawgroup.com
201-549-2363
Attorneys for Bank of America

Order Filed on March 15, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph W. Hampshire & Theresa A. Hampshire,

Debtors.

Case No.: 16-20072-JNP

Chapter: 13

Judge: Poslusny

**AMENDED ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 15, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __November 7, 2016__ :

Property: 19 Bradford Place, Blackwood, NJ 08012

Creditor: Bank of America, N.A.

and a Request for

- ☐ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ☒ Early Termination of the Loss Mitigation Period having been filed by ____3/8/2017____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective ____3/8/2017____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph W. Hampshire  
Theresa A. Hampshire  
    Debtors

Case No. 16-20072-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 15, 2017  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2017.  
db/jdb         +Joseph W. Hampshire,    Theresa A. Hampshire,    19 Bradford Place,    Turnersville, NJ 08012-1038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                                   Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2017 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
         Joseph J. Rogers    on behalf of Debtor Joseph W. Hampshire jjresq@comcast.net, jjresq1@comcast.net  
         Joseph J. Rogers    on behalf of Joint Debtor Theresa A. Hampshire jjresq@comcast.net, jjresq1@comcast.net  
         Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
                                                                                                         TOTAL: 7