UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Joseph W. Hampshire<br>Theresa A. Hampshire | Case No.: 16-20072<br><br>Judge: JNP<br><br>Chapter: 7 |

## ORDER Re VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

The relief set forth on the following page is hereby **ORDERED**.

DATED: 1/23/2018

/s/Jerrold N. Poslusny Jr.
Judge, U. S. Bankruptcy Court

The Court having noted the voluntary conversion to chapter 7 by the debtor, and for good cause shown, it is hereby

ORDERED that within 120 days of the date of this order the chapter 13 trustee shall file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that upon the filing of the Final Report the chapter 13 trustee is discharged as trustee of the estate and the bond is canceled, and it is further

ORDERED that within 14 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed, and

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order, and

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order, and

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

*rev.12/1/09*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph W. Hampshire  
Theresa A. Hampshire  
    Debtors

Case No. 16-20072-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jan 23, 2018  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2018.  
db/jdb      #+Joseph W. Hampshire,     Theresa A. Hampshire,     19 Bradford Place,     Turnersville, NJ 08012-1038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2018 at the address(es) listed below:

         Denise E. Carlon     on behalf of Creditor     BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         John R. Morton, Jr.     on behalf of Creditor     Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Joseph J. Rogers     on behalf of Debtor Joseph W. Hampshire jjresq@comcast.net, jjresq1@comcast.net  
         Joseph J. Rogers     on behalf of Joint Debtor Theresa A. Hampshire jjresq@comcast.net, jjresq1@comcast.net  
         Joshua I. Goldman     on behalf of Creditor     BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
                                                                                                TOTAL: 7