| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Joseph W. Hampshire<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–3592 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | Theresa A. Hampshire<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–0127 |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    5/24/16 |
| Case number: | 16–20072–JNP | Date case converted to chapter: | 7    1/22/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Joseph W. Hampshire | Theresa A. Hampshire |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 19 Bradford Place<br>Turnersville, NJ 08012 | 19 Bradford Place<br>Turnersville, NJ 08012 |
| 4. | **Debtor's attorney**<br>Name and address | Joseph J. Rogers<br>Washington Professional Campus<br>900 Route 168<br>Suite I–4<br>Turnersville, NJ 08012 | Contact phone (856) 228–7964 |
| 5. | **Bankruptcy trustee**<br>Name and address | Joseph Marchand<br>117–119 West Broad St.<br>PO Box 298<br>Bridgeton, NJ 08302 | Contact phone (856) 451–7600 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 1/25/18 |
| **7.** | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **February 26, 2018 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/27/18** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-20072-JNP
Joseph W. Hampshire                                                       Chapter 7
Theresa A. Hampshire
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                Page 1 of 3              Date Rcvd: Jan 25, 2018
                               Form ID: 309A              Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2018.
```
db/jdb         #+Joseph W. Hampshire,    Theresa A. Hampshire,    19 Bradford Place,    Turnersville, NJ 08012-1038
516195858       +American Coradius International LLC,    2420 Sweet Home Road Suite 150,    Amherst, NY 14228-2244
516195861        Capital Mangement Services LP,    681 1/2 South Ogden Street,    Buffalo, NY 14206-2317
516195863       +Care Sleep Associa pulm. Crit,    1098 W Baltimore Pike,    Media, PA 19063-5139
516195864      #+Central Credit Service,    20 Corporate Hills Dr,    Saint Charles, MO 63301-3749
516357573        CitiFinancial Servicing LLC,    P.O. Box 6043,    Sioux Falls, SD 57117-6043
516195865       +Citifinancial,    605 Munn Road,    Fort Mill, SC 29715-8421
516195868        Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
516195871       +Dr. Frank Amato, DMD,    129 Johnson Rd Ste 6,    Blackwood, NJ 08012-1777
516195873       +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
516195874        Financial Recoveries,    PO Box 1388,    Mt Laurel, NJ 08054-7388
516195875       +First Federal Credit & Collections,    24700 Chagrin Blvd,    Suite 205,
                  Cleveland, OH 44122-5662
516195877       +Jersey Shore Surgical Group,    442 Bethel Rd,    Somers Point, NJ 08244-2079
516195878       +Joseph N. Natoli, D.M.D.,    188 Fries Mill Road Suite M-5,    Turnersville, NJ 08012-2015
516195879        Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
516195880       +Law Enforcement Systems Llc,    Po Box 3032,    Milwaukee, WI 53201-3032
516195881       +Maryland Transportation Authority,    Po Box 17600,    Baltimore, MD 21297-1600
516195882        Medical Diagnostics Laboratories,    2439 Kuser Rd,    Hamilton, NJ 08690-3303
516195883       +Medsolutions, Inc.,    730 Cool Springs Boulevard, Suite 800,    Franklin, TN 37067-4641
516195884       +Metro Public Adjustment,    3551 Bristol Pike,    Bensalem, PA 19020-4685
516195886        NJ E-Z Pass Violation Processing Center,    PO Box 52005,    Newark, NJ 07101-8205
516195885       +New Jersey Re Ins Co.,    301 Sullivan Way,    Trenton, NJ 08628-3406
516250713        New Jersey Turnpike Authority,    PO Box 5042,    Woodbridge, NJ 07095-5042
516195887       +Northland Group Inc.,    PO Box 390905,    Edina, MN 55439-0905
516195889       +PA Turnpike Toll By Plate,    8000c Derry Street,    Harrisburg, PA 17111-5200
516195891       +Penn Medicine,    1500 Market street UM 600,    Philadelphia, PA 19102-2157
516195892       +Premier Urgange Care,    278 Eagleview Blvd.,    Exton, PA 19341-1157
516195893       +Pulmonary Critical Care & Sleep Assoc.,    1098 West Baltimore Pike Suite 3402,
                  Media, PA 19063-5139
516195894        Recon Ortho Assoc II PC,    PO Box 757910,    Philadelphia, PA 19175-7910
516195895        Regional Orthopedic,    PO Box 8566,    Cherry Hill, NJ 08002-0566
516195897       +Rothman Institute,    925 Chestnut Street,    Philadelphia, PA 19107-4290
516195899       +Slater, Tenaglia Fritz & Hunt,    395 W. Passaic Street Suite 205,
                  Rochelle Park, NJ 07662-3016
516195900        South Jersey Gas,    PO Box 3121,    Southeastern, PA 19398-3121
516471167       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
516471168       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516195901       +State of Maryland,    300 W. Preston Street,    Baltimore, MD 21201-2308
516195902       +Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway Suite 302,
                  Roseland, NJ 07068-1640
516195905       +The Hospital Of University Of Pennsylvan,    PO Box 7777-W9500,    Philadelphia, PA 19175-0001
516195906       +Travelers Insurance Company,    Po Box 59059,    Knoxville, TN 37950-9059
516303409        U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
                  Harrisburg, PA 17106-9184
516195908       +Vernose & McGrath Otolaryngology Ass.,    1841 South Broad Street,    Philadelphia, PA 19148-2115
516195907       +trustees UPHS HUP Patient,    PO Box 824336,    Philadelphia, PA 19182-4336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: jjresq@comcast.net Jan 25 2018 23:27:47      Joseph J. Rogers,
                  Washington Professional Campus,    900 Route 168,    Suite I-4,    Turnersville, NJ  08012
tr              +EDI: QJDMARCHAND.COM Jan 25 2018 23:08:00      Joseph Marchand,    117-119 West Broad St.,
                  PO Box 298,    Bridgeton, NJ 08302-0228
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2018 23:28:41      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2018 23:28:37      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516195859       +E-mail/Text: bankruptcy@pepcoholdings.com Jan 25 2018 23:28:19      Atlantic City Electric,
                  5 Collins Drive Suite 2133,    Pepco Holdings Inc,    Carneys Point, NJ 08069-3600
516399402        EDI: BANKAMER.COM Jan 25 2018 23:08:00      BANK OF AMERICA, N.A.,    Bank of America,
                  PO Box 31785,    Tampa, FL 33631-3785
516195860       +EDI: BANKAMER.COM Jan 25 2018 23:08:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                  Greensboro, NC 27420-6012
516195862       +EDI: CAPITALONE.COM Jan 25 2018 23:08:00      Capital One,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
516241978        EDI: CAPITALONE.COM Jan 25 2018 23:08:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
516195866        E-mail/Text: equiles@philapark.org Jan 25 2018 23:29:24
                  City Of Philadelphia Parking Violations,    PO Box 41818,    Philadelphia, PA 19101-1818
```

```
District/off: 0312-1          User: admin              Page 2 of 3                Date Rcvd: Jan 25, 2018
                              Form ID: 309A            Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516195867     E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jan 25 2018 23:29:09
              Comcast Cable,   PO Box 3006,   Southeastern, PA 19398-3006
516195869    +E-mail/Text: electronicbkydocs@nelnet.net Jan 25 2018 23:28:43     Dept Of Ed/Nelnet,
              Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
516195870    +E-mail/Text: mdetitto@deptford-nj.org Jan 25 2018 23:29:02     Deptford Township,
              1011 Cooper Street,   Deptford, NJ 08096-3076
516213302    +E-mail/Text: bankruptcynotification@wecontrolpain.com Jan 25 2018 23:29:00     EMSI,
              3504 CRAGMONT DRIVE,   STE 100,   TAMPA, FL 33619-8300
516195872    +E-mail/Text: bankruptcynotification@wecontrolpain.com Jan 25 2018 23:29:00
              Electrostim Med Service,   3504 Cragmont Drive Suite 100,   Tampa, FL 33619-8300
516195876    +EDI: IIC9.COM Jan 25 2018 23:08:00      IC Systems, Inc,   444 Highway 96 East,   Po Box 64378,
              St Paul, MN 55164-0378
516195888    +EDI: AGFINANCE.COM Jan 25 2018 23:08:00      Onemain Financial,   6801 Colwell Blvd,   Ntsb-2320,
              Irving, TX 75039-3198
516195890     EDI: RMSC.COM Jan 25 2018 23:08:00      Paypal Credit Services,   PO Box 960080,
              Orlando, FL 32896-0080
516195896    +EDI: RMCB.COM Jan 25 2018 23:08:00      RMCB,   4 Westchester Plaza, Suite 110,
              Elmsford, NY 10523-3835
516251735    +EDI: DRIV.COM Jan 25 2018 23:08:00      SANTANDER CONSUMER USA,   P.O. Box 560284,
              Dallas, TX 75356-0284
516195898    +EDI: DRIV.COM Jan 25 2018 23:08:00      Santander Consumer USA,   Po Box 961245,
              Fort Worth, TX 76161-0244
516195903    +EDI: RMSC.COM Jan 25 2018 23:08:00      Syncb/home Design Hvac,   C/o P.o. Box 965036,
              Orlando, FL 32896-0001
516195904     EDI: TDBANKNORTH.COM Jan 25 2018 23:08:00      TD Bank,   PO Box 8400,   Lewiston, ME 04243
516211735    +E-mail/Text: electronicbkydocs@nelnet.net Jan 25 2018 23:28:43     U.S. Department of Education,
              C/O Nelnet,   121 South 13th Street, Suite 201,   Lincoln, NE 68508-1911
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516195857   ##+Advocare Delgiorno Pediatrics,   527 S Black Horse Pike,   Blackwood, NJ 08012-2868
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Joseph J. Rogers    on behalf of Debtor Joseph W. Hampshire jjresq@comcast.net,
           jjresq1@comcast.net
          Joseph J. Rogers    on behalf of Joint Debtor Theresa A. Hampshire jjresq@comcast.net,
           jjresq1@comcast.net
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
```

```
District/off: 0312-1          User: admin                Page 3 of 3              Date Rcvd: Jan 25, 2018
                              Form ID: 309A              Total Noticed: 66
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                              TOTAL: 7